NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**BOLT RIDE, INC.,**
*Appellant*

**v.**

**GENERAL MOTORS, LLC,**
*Appellee*

———————————

2022-1237

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91240088.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

March 21, 2022
　　Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** March 21, 2022